IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:20-cv-00447

| | |
|---|---|
| **LARRY BISHOP,** )<br>)<br>    **Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**TRP CONSTRUCTION GROUP, LLC** )<br>)<br>    **Defendant,** )<br>_____ ) | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    NOW COME the parties to this action, by and through their undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate that this action and all claims therein are DISMISSED WITH PREJUDICE. The parties further stipulate and agree through their respective counsel that they shall bear their own costs and attorneys' fees.

    This the 3rd day of June, 2021.

| | |
|---|---|
| **GIBBONS LAW GROUP, PLLC** | **ASCENSION LAW** |
| */s/Philip J. Gibbons, Jr.* | */s/N. Renee Hughes* |
| Philip J. Gibbons, Jr. NCSB #50276 | W. Lewis Glenn III, NCSB #25529 |
| Corey M. Stanton, NCSB #56255 | N. Renee Hughes, NCSB #28587 |
| 14045 Ballantyne Corporate place, Ste. 325 | 5821 Fairview Road, Suite 500 |
| Charlotte, NC 28277 | Charlotte, NC 28209 |
| Telephone: (704) 612-0038 | Telephone: (704) 464-0460 |
| phil@gibbonslg.com | lewglenn@asclawnc.com |
| corey@gibbonslg.com | reneehughes@asclawnc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

> W. Lewis Glenn III
> N. Renee Hughes
> Ascension Law
> 5821 Fairview Road, Suite 500
> Charlotte, North Carolina 28209
> Email:  lewglenn@asclawnc.com
>              reneehughes@asclawnc.com
>
> *Attorneys for Defendant TRP Construction Group, LLC*

This the 3rd day of June, 2021.

> **GIBBONS LAW GROUP, PLLC**
>
> */s/Philip J. Gibbons, Jr.*
> Philip J. Gibbons, Jr. NCSB #50276
> Corey M. Stanton, NCSB #56255
> 14045 Ballantyne Corporate place, Ste. 325
> Charlotte, NC 28277
> Telephone: (704) 612-0038
> phil@gibbonslg.com
> corey@gibbonslg.com
>
> *Attorneys for Plaintiff*